

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2021

No. 04-21-00017-CV

**IN RE CONTRACT FREIGHTERS, INC**. d/b/a CFI, and Randall Scott Folks, Relators

Original Mandamus Proceeding[1]

**ORDER**

Relators' petition for writ of mandamus and motion for temporary relief are hereby **DENIED**.

It is so **ORDERED** on February 3, 2021.

Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2021.

Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2020-CVA-001648D3, styled *Jimmy McPherson and Paula McPherson v. Contract Freighters, Inc. d/b/a/ CFI, and Randall Scott Folks*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Rebecca Ramirez Palomo presiding.